■ NORMAN MORETT, Appellant, v ARTHUR J. MINASY et al., Respondents. — Order of the Supreme Court, Nassau County, dated June 20, 1984, affirmed, with costs, for reasons stated in the memorandum of Justice Pantano at Special Term. Titone, J. P., Mangano, Weinstein and Kunzeman, JJ., concur.